dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

HESTER MOTORS, INC., Respondent, v. JOSEPH HUBER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

CHARLES A. ROGERS, Respondent, v. GEORGE RASMUSSEN, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

CHARLES A. ROGERS, Respondent, v. ROBERT J. KEELER, as Administrator, etc., of DENNIS J. DONOVAN, Deceased, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

CHARLES A. ROGERS, Respondent, v. BAY RIDGE THEATRE CORPORATION, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

CHARLES A. ROGERS, Respondent, v. ROBERT T. RASMUSSEN, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

JOSEPH KOROSTOFF and Others, Appellants, v. MAX DORF, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

FRANK WISE, Appellant, v. DIRECTOR-GENERAL OF RAILROADS (THE NEW YORK CENTRAL RAILROAD COMPANY), Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

NATIONAL IMPORTING AND TRADING COMPANY, Respondent, v. DAVID C. LINK and Others, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM MARTINI, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

In the Matter of the Appraisal under the Transfer Tax Laws of the Estate of MARY A. EARLY, Deceased. CHARLES M. EARLY, Individually and as Administrator, etc., and Another, Appellants; COMPTROLLER OF THE STATE OF NEW YORK, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.